**Citizens State & Trust Bank, appellee, v. Henry Eimers and Albert Eimers, appellants.**

Action on promissory notes. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1926. Affirmed on remittitur of $317.82 within 20 days of filing date of opinion; otherwise reversed and remanded. Opinion filed February 19, 1927.

J. I. Eeck, for appellants. Terry, Gueltig & Powell and W. P. Early, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Frances Volluz, appellee, v. May E. McGee, appellant.**

Assumpsit to recover payment on realty sales contract. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. William F. Borders, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

Kramer, Kramer & Campbell and R. E. Costello, for appellant. R. B. Hendricks, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

---

**Robert L. Patton, trustee, appellant, v. Savilla Shipman, appellee.**

Action on promissory notes. Judgment for defendant. Appeal from the Circuit Court of Lawrence county; the Hon. C. H. Miller, Judge, presiding. Heard in this court at the October term, 1926. Confirmed. Opinion filed February 19, 1927.

Shaw & Huffman and McGaughey, Tohill & McGaughey, for appellant; Noah M. Tohill, of counsel. Gee & Gee, for appellee; Wm. McCarty, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

---

**John Duffner, appellee, v. Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellant.**

Action for personal injuries and damage to automobile from collision with freight train. Judgment for plaintiff. Appeal from the City Court of Granite City; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed February 19, 1927.

D. E. Keefe, for appellant; H, N. Quigley and S. W. Baxter, of counsel. Bandy & Forth, for appellee.

Mr. Justice Boggs delivered the opinion of the court.